EXECUTOR OF CELIA KATES, Deceased, PHILIP BARASH, Appellant, et al., Plaintiff, v JAMES G. PRESSLY, ESQ., et al., Respondents.

Submitted December 14, 2015; decided February 11, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge GARCIA taking no part.